John W. Block, Jr., Respondent, v. Doris K. Block and Others, Defendants. Frederick W. Hottenroth, Intervenor, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

Algernon R. Burchsted, Respondent, v. Paterson Brewing and Malting Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

In the Matter of the Application of John Henry Atkins, an Attorney, for Reinstatement, etc.— The court would encourage the petitioner's struggle toward an honorable and useful life, but deems it unwise and improper to restore him to the profession. The motion to confirm the referee's report is granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of Benjamin R. Tarsey, for Reinstatement as a Member of the Bar. — While the excellent reputation of the petitioner, gained since his conviction, has justified the court's clemency in suspending sentence, the motion is denied. The argument that because no sentence was imposed there was no conviction, does not apply to the provisions of section 88 of the Judiciary Law. (*Matter of Lewis* v. *Carter*, 220 N. Y. 8, 17.) Present — Jenks, P. J., Thomas, Putnam and Blackmar, JJ.

Joseph Krinski, Respondent, v. Hyman Kornreich, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

In the Matter of a Paper Writing Purporting to Be the Last Will and Testament of Theodore A. Lord, Deceased.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

G. Clark Long, Respondent, v. Elmer E. Ball, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

Elizabeth Martin, as Administratrix, etc., of William J. Martin, Deceased, Respondent, v. Samuel A. Herzog, Appellant. Frances Herzog, Defendant.— The order should be that the court has examined the facts, and finds no error therein, and the reversal is on questions of law only. Order to be settled on notice before Mr. Justice Thomas.